MEDINA & REIDREYNOSO, PLC
LEN REIDREYNOSO, ESQ., SBN 215824
ATTORNEY AT LAW
908 "C" STREET. SUITE B
GALT, CALIFORNIA 95632
(209) 745-4411
(209) 745-4896 Facsimile

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

MOHAMMAD YOUSEF ABU-ARQOUB

Debtor(s).

Case No.: 11-37315-D-7

DC No.: LRR-1

**MOTION TO ABANDON INTEREST IN CORPORATION STOCK**

Date: October 26, 2011
Time: 10:00 a.m.
Place: 501 I St., Suite 3-200
       Sacramento, CA
Crtrm: 34
Judge: Hon: Robert S. Bardwil

TO: THE HONORABLE U.S. BANKRUPTCY JUDGE:

    Mohammad Yousef Abu-Arqoub, by and through his attorney, Len ReidReynoso, pursuant to 11 U.S.C. § 554 (b) and Bankruptcy Rule 6007, respectfully represents:

    1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1134 and § 157 (a).

    2. On July 14, 2011, the debtor filed a petition under Chapter 7 in the above-entitled court and Irma C. Edmonds was appointed as Trustee. On August 22, 2011, the First Meeting of Creditors was held.

    Among the assets which constitute property of the estate is the 100% interest in share holder stocks for Oasis International Trading Group Inc.

3. The aforementioned corporation has the following values and encumbrances.

| INVENTORY | VALUE | DEBT |
|---|---|---|
| $41,000.00 | <$59,229.00> | $100,229.00 |

4. Inventory consists of gas, underground pumps, two (2) non-operational cars titled in the corporation's name, Lottery & Lotto supplies, liquor, wine and beer, food and drinks, cigarettes and tobacco. Therefore, said corporation has excess debt and burdensome to the bankruptcy estate.

WHEREFORE, the Debtor requests the Court to examine the facts and circumstances in connection with this matter, and authorize the abandon of the above-described corporation back to the debtor on the grounds it is burdensome and of no value to the bankruptcy estate, and for such other and further relief as the Court may deem just and proper.

Dated this 19th day of September, 2011      Respectfully submitted,

*/s/Len ReidReynoso*
LEN REIDREYNOSO
Attorney for Debtor(s)